**BAUTE CROCHETIERE & WANG LLP**
HENRY C. WANG - State Bar No. 196537
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000

*Attorneys for Plaintiff*
WESTERN-SOUTHERN LIFE
ASSURANCE COMPANY

# JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEANNA PITRE, an individual; KATHERINE TIERNEY as legal guardian to minor, CHRISTIE TIERNEY, an individual; and YVONNE MEDINA, an individual, and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. SACV 12-636-CJC(JPRx)<br>[Complaint filed April 24, 2012]<br><br>**JUDGMENT** |

JUDGMENT

After reviewing the Stipulation for Discharge of Plaintiff WESTERN-SOUTHERN LIFE ASSURANCE COMPANY ("Western-Southern") and KATHERINE TIERNEY, as legal guardian to minor, CHRISTIE TIERNEY, (collectively, "Tierney"), and YVONNE MEDINA ("Medina") through themselves and Medina's attorneys of record, and each of them, and it appearing to the Court that conflicting claims have been made to the sums due and owing under Western-Southern Insurance Policy No. W185719 (the "Policy") as a result of the death of Robert M. Pitre (the "Insured"); that Western-Southern has deposited with the Clerk of the Court the sum of $54,946.27; that this sum is the total amount due and owing, including interest, to anyone on account of the death of the Insured; that Western-Southern's Complaint in Interpleader is properly filed; that this is a proper cause for interpleader, and good cause showing therefore:

IT IS HEREBY ORDERED that final judgment be and hereby is entered as follows:

1. That the Complaint in Interpleader filed herein by Western-Southern was properly filed, was filed in good faith, and that this was a proper cause for interpleader;

2. Western-Southern is released, discharged and acquitted of and from any and all liability of any kind or nature whatsoever to any of the Defendants on account of the benefits under the Policy as represented by the proceeds deposited with the Court as the amount due thereunder by reason of the death of the Insured;

3. Western-Southern shall recover $4,946.27 as reasonable costs incurred in the filing of the instant interpleader matter.  **The Court of the Clerk is hereby instructed to issue a check in the amount of $4,946.27 made payable to "Western-Southern Life Assurance Company," and mail said check to Western-Southern's counsel of record**;

4. Medina shall receive $30,000 of the proceeds under the Policy. **The Clerk of the Court is hereby instructed to issue a check in the amount of $30,000 made payable to "Yvonne Medina," and mail said check to her at 5200 Heil Ave, Space 26, Huntington Beach CA 92649;**

5. Tierney shall receive $7,500 of the proceeds under the Policy. **The Clerk of the Court is hereby instructed to issue a check in the amount of $7,500 made payable to "Christie Tierney," and mail said check to Ms. Tierney at 8111 Major Circle, Apt. C, Huntington Beach, CA 92647;**

6. Medina's counsel shall receive $5,000 of the proceeds under the Policy. **The Clerk of the Court is hereby instructed to issue a check in the amount of $5,000 made payable to "Law Offices of Inge Wagner," and mail said check to 5200 Heil Ave, Space 49, Huntington Beach CA 92649;**

7. Pitre shall receive the remainder of the proceeds under the Policy. **The Clerk of the Court is hereby instructed to issue a check in the amount of reflecting the remainder of the proceeds and mail said check to Ms. Pitre at 1175 Haywood Rd Apt. 5E Greenville, SC 29615;** and

11. Subject to the foregoing, each party shall bear their own attorneys' fees and costs.

Dated: <u>December 27</u>, 2012

_____
United States District Court Judge